Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−13246−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claude F. Michael−George
   38 Hampton Lane
   Willingboro, NJ 08046

   Fatmata M Michael−George
   38 Hampton Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−1204

   xxx−xx−5211

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 17, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 18, 2018
JAN: bwj

   Jeanne Naughton
   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-13246-CMG
Claude F. Michael-George                                                                Chapter 13
Fatmata M Michael-George
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Oct 18, 2018
                              Form ID: 148         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db/jdb         +Claude F. Michael-George,   Fatmata M Michael-George,   38 Hampton Lane,
                 Willingboro, NJ 08046-1822
lm              Midland Mortgage,   a division of MidFirst Bank,   Attn DAC,   PO Box 268806,
                 Oklahoma City, OK 73126-8806
517341508      +Emerg Care Service of NJ, P.A.,   P.O. Box 740021,   Cincinnati, OH 45274-0021
517470309       Emergency Physicians Services NJ, P.A.,   PO Box 1123,   Minneapolis MN 55440-1123
517341509       HRRG,   P.O. Box 5406,   Cincinnati, OH 45273-7942
517341510      +KML Law Group,   216 Haddon Avenue, Suite 406,   Collingswood, NJ 08108-2812
517341511      +Majestic Automotive,   499 South Route 130,   Riverton, NJ 08077-2864
517459295      +MidFirst Bank,   999 NW Grand Blvd,   Oklahoma City, OK 73118-6051
517341512      +Midland Mortgage,   PO Box 26648,   Oklahoma City, OK 73126-0648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:58     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517341513       EDI: DRIV.COM Oct 19 2018 03:23:00      Santander Consumer USA,   P.O. Box 105255,
                 Atlanta, GA 30348-5255
517381374      +EDI: DRIV.COM Oct 19 2018 03:23:00      Santander Consumer USA, Inc.,   P.O. Box 560284,
                 Dallas, TX 75356-0284
517383354      +EDI: DRIV.COM Oct 19 2018 03:23:00      Santander Consumer USA, Inc.,   POB 961245,
                 Ft. Worth, TX 76161-0244
517483529      +EDI: AIS.COM Oct 19 2018 03:23:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Claude F. Michael-George kfayette@kevinfayette.com
              Kevin C. Fayette    on behalf of Joint Debtor Fatmata M Michael-George kfayette@kevinfayette.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7