Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–13246–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Claude F. Michael–George　　　　　　　　　　Fatmata M Michael–George
38 Hampton Lane　　　　　　　　　　　　　　38 Hampton Lane
Willingboro, NJ 08046　　　　　　　　　　　Willingboro, NJ 08046

Social Security No.:
　xxx–xx–1204　　　　　　　　　　　　　　　xxx–xx–5211

Employer's Tax I.D. No.:

**FINAL DECREE**

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 4, 2019</u>　　　　　　　<u>Christine M. Gravelle</u>
　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court